# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**FELICIA PHILLIPS**                                                                                          **PLAINTIFF**

**VS.**                                               **2:06CV00009-WRW**

**ARKANSAS DEPARTMENT OF**
**CORRECTIONS, et al.**                                                                                **DEFENDANTS**

## ORDER

Defendants' Motion to Dismiss for Failure to Prosecute, or in the alternative, Motion to Compel Production of Plaintiff's Initial Disclosures and Responses to Discovery (Doc. No. 21) appears to be moot, based on Plaintiff's response to the motion.[1]

Accordingly, Defendant's Motion is DENIED as MOOT.

IT IS SO ORDERED this 11th day of December, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 23.