# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

**FELICIA PHILLIPS**                                                                                    **PLAINTIFF**

**v.**                                            **2:06-CV-00009-WRW**

**ARKANSAS DEPARTMENT OF
CORRECTION,** *et al.*                                                               **DEFENDANTS**

## JUDGMENT

Based on an Order, entered on this date, granting Defendants' Motion for Summary Judgment, this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 26th day of March, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE